```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

MICHELE FECHO, et al,
    Plaintiffs,

    v.                                    CIVIL ACTION NO.
                                          11-10152-MBB

ELI LILLY AND COMPANY, et al,
    Defendants.

**PROCEDURAL ORDER**

**October 5, 2012**

**BOWLER, U.S.M.J.**

    On October 4, 2012, this court allowed the filing of one additional summary judgment motion by defendant Eli Lilly and Company ("Lilly"). In accordance with LR. 7.1, the supporting memorandum is limited to 20 pages, double spaced with 12 point typeset. The opposition shall be subject to the same limits. The LR. 56.1 statements shall be limited to 15 pages each. There shall be no reply briefs. Supporting exhibits and affidavits for the supporting memorandum shall be limited to 30 pages for the total filing. The supporting exhibits and affidavits in support of the opposition are subject to the same parameters.

                                          /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge